**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DENNIS THOMPSON**                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 4:14cv00068-DMB-JMV**

**JOHN BEASLEY, Individually and**
**in His Official Capacity as Jail**
**Administrator, ET AL.**                                              **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . an immunity defense . . .

motion stays the attorney conference and disclosure requirements and all discovery not related to

the issue pending the court's ruling on the motion, including any appeal." Because certain

defendants have raised the issue of qualified immunity by separate motion [15],

**IT IS, THEREFORE, ORDERED** that all discovery *not* related to the qualified immunity

issue is **STAYED** pending a ruling on the immunity motion.

This 9th day of October, 2014.

/s/ Jane M. Virden
U.S. Magistrate Judge